# Third District Court of Appeal
## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1736
Lower Tribunal No. 20-15930
_____

**Beth Martin,**
Appellant,

vs.

**Daniel Martin,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Ivonne Cuesta, Judge.

Marks & West, P.A., Evan R. Marks and Carolyn W. West, for appellant.

Abramowitz and Associates, and Jordan B. Abramowitz, for appellee.

Before FERNANDEZ, C.J., and MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.